1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ALTON A. KING,                          No. C 11-2792 SI

9              Petitioner,                   **ORDER OF SERVICE AND**
                                             **ORDER  RE: MOTION FOR ABEYANCE**
10      v.

11   DERRAL G. ADAMS, et al.,

12             Respondents.
     _____/
13

14

15         Petitioner has filed a petition for writ of habeas corpus to challenge his 2008 conviction in the

16   Santa Clara County Superior Court for violations of California Penal Code Sections 288(a) (lewd act

17   on child), 288.5(a) and 1203.066(b) (continuous and substantial sexual abuse of a child under the age

18   of 14 on three or more occasions), and 667.61(b) and 667.61(e) (offenses against multiple victims).

19   Petitioner also has filed a motion for stay and abeyance of these proceedings so that he may exhaust

20   state court remedies as to some unexhausted claims.  Before the Court rules on the motion, respondent

21   will be given an opportunity to oppose the motion and petitioner will be given an opportunity to reply

22   to the opposition.  Accordingly,

23         1.   The clerk shall serve by certified mail a copy of this order, the petition, and all documents

24   filed in this action upon respondent and respondent's attorney, the Attorney General of the State of

25   California.  The clerk shall also serve a copy of this order on petitioner.

26         2.    No later than November 21, 2011 respondent must file and serve his opposition to the

27   motion for stay and abeyance.

28         3.    No later than December 5, 2011 petitioner must file and serve his reply brief (if any) in

**United States District Court**
For the Northern District of California

support of his motion.

    4.   The motion will be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

**IT IS SO ORDERED.**

Dated: September 19 , 2011

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California