IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON A. KING,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Respondents.                        / | No. C 11-2792 SI<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO ANSWER** |

On July 31, 2012, petitioner's counsel filed an application for enlargement of time to file a response to respondent's answer to the petition for writ of habeas corpus. Petitioner requests a date of October 1, 2012 by which the response must be filed. That request is GRANTED; petitioner's response to the answer shall be submitted by October 1, 2012.

Counsel is informed that future requests for enlargements of time must be accompanied by a proposed order. *See* Civ. L. Rule 6-3(a).

**IT IS SO ORDERED.**

Dated: August 6 , 2012

SUSAN ILLSTON
United States District Judge