EMRY J. ALLEN
SBN 60414
Attorney at Law
PMB 336-5050 Laguna Blvd., Suite 112
Elk Grove, CA 95758
Telephone:   (916) 691-4118

Attorney for Petitioner KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING, | No. 3:11-cv-02792 SI |
| Petitioner, | |
| | DECLARATION AND APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO ANSWER |
| DERRAL G. ADAMS, WARDEN, | |
| Respondent. | |

I, EMRY J. ALLEN, hereby declare under penalty of perjury as follows:

I am the attorney representing petitioner herein.   A response to the habeas corpus petition was filed on July 3, 2012.   Petitioner's response thereto was last due for fling on November 30, 2012.   Counsel has requested an extension through and including December 31, 2012, within which to file petitioner's response.   To my knowledge I have not been served with an order on this request.

I hereby respectfully request one final thirty-day enlargement of time, through and including January 30, 2013, within which to file petitioner's response.   This is my fourth request for an enlargement of time. I expect to file petitioner's response within the additional time requested.   I regret the delay in the filing of petitioner's response.

1

I most recently spoke with Deputy Attorney General Karen Bovarnick, counsel for respondent, on November 27, 2012. As of that date respondent has not opposed petitioner's requests for additional time to file petitioner's response.

The reasons for this application are as follows:

1. I am handling this case on a strictly *pro bono* basis, as a courtesy to petitioner, whom I represented as appointed counsel in his state court appeal. Thus, while I have made considerable progress on the traverse herein, I have also had to devote significant time to other matters, many of which have involved preexisting deadlines following multiple extensions, in order to sustain my practice. Specifically, I recently filed the opening brief in *People v. Jefferies-Echols* (C071479); I must prepare the opening brief in *People v. Herring* (F065167; no further extensions absent proof of exceptional circumstances); the reply to the Attorney General's informal response to petitioner's habeas corpus petition in *In re Brown*, S200366 an automatic appeal in which I am lead appointed counsel (informal response filed on September 25, 2012); the traverse in a noncapital federal habeas corpus proceeding; *King v. Adams* (3:11-cv-02792 SI; traverse due on November 30 following two sixty-day extensions; extension to December 31 requested); the reply brief and habeas corpus investigation in *People v. Spencer*, S057242, another automatic appeal in which I am lead appointed counsel; the reply brief in *Carter v. Entercom*, C066751, a lengthy and complex civil appeal (ARB due on January 7, 2013 following multiple extensions); and record review in *People v. Ward* (B243600; murder case; 3000 page record).

2. I emphasize that I expect to file petitioner's response within the additional time requested. However, for the foregoing reasons, I have been unable to properly complete and file said response to the answer within the time previously requested. I therefore respectfully request that the time for filing of said response be extended thirty days, through and including January 30, 2013.

I declare under penalty of perjury of the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on December 30, 2012, at Elk Grove, California.

/s/ Emry J. Allen
EMRY J. ALLEN
Attorney at Law

3

1  EMRY J. ALLEN
   SBN 60414
   Attorney at Law
2  PMB 336-5050 Laguna Blvd., Suite 112
   Elk Grove, CA 95758
3  Telephone:   (916) 691-4118

4  Attorney for Petitioner KING

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  ALTON KING,                    )   No. 3:11-cv-02792 SI
                                  )
10              Petitioner,       )
                                  )
11                                )   ORDER RE:   APPLICATION
                                  )   FOR ENLARGEMENT OF TIME
12                                )
                                  )
13                                )
   DERRAL G. ADAMS, ET. AL.,      )
14 _____)

15      GOOD CAUSE APPEARING, it is hereby ordered that petitioner's time for
16 responding to the Attorney General's answer herein is extended thirty (30) days, through
17 and including January 30, 2013.

18

19 DATED:   __1/8/12_____

20                                       _Susan Illston_____
21                                       United States District Judge

4

**CERTIFICATE OF SERVICE**

***King v. Adams, 3:11-cv-02792 SI***

I, undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to the within action; my place of employment and business address is 5050 Laguna Blvd., Suite 112, PMB 336, Elk Grove, CA 95758.   I hereby certify on the date shown, that I served the forgoing

**DECLARATION AND APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO ANSWER;   ORDER RE:   APPLICATION FOR ENLARGEMENT OF TIME**

by serving the Clerk of the United States District Court for the Northern District of California using the Court's electronic filing system.   Participants in this case who are registered with this system will be served by the electronic filing system.   I further certify that some of the participants in this case are not registered with the Court's electronic filing system. On the date shown I served the foregoing document on the following non-registered participant, and on the Attorney General, at the addresses shown, by placing the document in an envelope(s) and sealing and depositing said envelopes in a United States Postal Service mailbox at Elk Grove, California, with postage thereon fully prepaid:

| | |
|---|---|
| Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102 | Alton King, T83180<br>SATF/CSP<br>E4-116<br>P.O. Box 7100<br>Corcoran, CA 93212 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2012, at Elk Grove, California.

/s/ Emry J. Allen
Emry J. Allen

5