IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON A. KING,

    Petitioner,

v.

DERRAL G. ADAMS, Warden,

    Respondent.

                                   /

No. C 11-02792-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied. Judgment is entered accordingly in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 26, 2014

                                            SUSAN ILLSTON
                                            United States District Judge